# CRIMINAL DOCKET · U.S. District Court

**CR 3-89-293-H**

Case Filed: B.Stopp
Docket No.: 00293
Def.: 01
Mo. Day Yr.: 9 28 89
No. of Def's: 05

| | | | | | |
|---|---|---|---|---|---|
| 'O ☐ | 0539 | 03 | 3914 | ☐ JUVENILE | TARRANT, SEAN CHRISTIAN  90-1348 |
| Misd. ☐ | | | Div.Offense: 3914 | ☐ ALIAS | **APPEAL** |
| Felony ☒ | District | Off | Judge/Magistr. | OFFENSE ON INDEX CARD ☐ | |

MAY 31 1990

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. NG |
|---|---|---|---|
| 18:241 | Conspiracy to injure, oppress, threaten and intimidate persons because of their race. Ct. 1 (6/88 - 10/88) Ct. 2 (8/88 - 11/88) | 2 | |

NLT: 1-2-90  G 1-3-90  G 1-5-90  H 1-6-90  H 1-7-90

SUPERSEDING COUNTS

## II. KEY DATE

**INTERVAL ONE**
- KEY DATE — EARLIEST OF:
  - ☐ arrest
  - ☐ sum'ns
  - ☐ custody
  - ☐ appears on complaint

**END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL)**
- KEY DATE APPLICABLE: 9-28-89
  - ☒ Indictment filed/unsealed
  - ☐ consent to Magr. trial on complaint
  - ☐ Information
  - ☐ Felony-W/waiver
- KEY DATE: 10/24/89
  - a) ☐ 1st appears on pending charge /R40
  - b) ☐ Receive file R20/21
  - c) ☐ Supsdg: ☐ Ind ☐ Inf
  - d) ☐ Order New trial
  - e) ☐ Remand  f) ☐ G/P Withdrawn

**END INTERVAL TWO**
- KEY DATE APPLICABLE: 2-20-90
  - ☐ Dismissal
  - ☐ Pled guilty  ☐ After N.G.
  - ☐ Nolo  ☐ After nolo
  - ☒ Trial (voir dire) began
  - ☒ Jury  ☐ N.J.

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | PTD Nolle Pros. | FINAL CHARGES DISMISSED | on def motion / on gov't motion |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | 3-1-90 | 5-2-90 | | ☐ on S.T. grounds ☐ W.P. ☐ WOP | |

## III. MAGISTRATE

| Search Warrant | DATE | INITIAL/NO. | INITIAL APPEARANCE DATE ▶ | | INITIAL/NO. | OUTCOME: |
|---|---|---|---|---|---|---|
| Issued / Return | | | PRELIMINARY EXAMINATION { Date Scheduled ▶ | | | ☐ DISMISSED / HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT |
| Summons Issued / Served | | | OR REMOVAL HEARING { Date Held ▶ | | | ☐ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW |
| Arrest Warrant Issued | | | ☐ WAIVED  ☐ NOT WAIVED | Tape Number | | |
| COMPLAINT ▶ | | | ☐ INTERVENING INDICTMENT | | | |

Date of Arrest | OFFENSE (In Complaint)
G: 119
N: 70

Show last names and suffix numbers of other defendants on same indictment/information:

Jordan (02)  Lawrence (03)  Greer (04)  Wood (05)

RULE: 20  21  40  In  Out

## IV. ATTORNEYS

U.S. Attorney or Asst.:
Richard Stephens, AUSA
Barry Kowalski, Attny, Criminal Section
✓ Suzanne Drouet   USDOJ, Washington DC 20530
                   202 633-4067; 633-4152

Defense: 1 ☒ CJA   2 ☐ Ret.   3 ☐ Waived.   4 ☐ Self.   5 ☐ Non/Other.   6 ☐ PD.   7 ☐ CD

Jeb Loveless
3131 Lincoln Plaza
500 N. Akard
Dallas, Texas 75201
740-3100

**Co-counsel:** 6/9/90
Martin L. BeNoir
3102 Maple, Suite 300  [REMOVED]
Dallas, Texas 75201
(214) 744-3544

For Appeal Co-Counsel

Gerard Fazio
3131 Lincoln Plaza -
Dallas, Texas  75201-3320
(214) 740-3119
      740-3100

## BAIL • RELEASE

**PRE-INDICTMENT**
- Release Date: 
- ☐ Bail Denied
- AMOUNT SET: $
- Date Set: 
- ☐ Bail Not Made
- Date Bond Made: 
- ☐ Fugitive
- ☐ Pers. Rec.
- ☐ PSA
- Conditions:
  - ☐ 10% Dep.
  - ☐ Surety Bnd
  - ☐ Collateral
  - ☐ 3rd Prty
  - ☐ Other

**POST-INDICTMENT**
- Release Date: 
- ☐ Bail Denied
- AMOUNT SET: $
- Date Set: 
- ☐ Bail Not Made
- Date Bond Made: 
- ☐ Fugitive
- ☐ Pers. Rec.
- ☐ PSA
- Conditions:
  - ☐ 10% Dep.
  - ☐ Surety Bnd
  - ☐ Collateral
  - ☐ 3rd Prty
  - ☐ Other

## FINE AND RESTITUTION PAYMENTS

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

Docket Entries Begin On Reverse Side

APPEALS FEE PAYMENTS

| DATE DOCUMENT NO. | Yr. 89 | Docket No. 00293 | Def. | V. PROCEEDINGS | | EXCLUDABLE DELAY Start Date / End Date | Ltr. Code | Total Days |
|---|---|---|---|---|---|---|---|---|
| | | | | MASTER DOCKET - MULTIPLE DEFENDANT PROCEEDINGS DOCKET FOR SINGLE DEFENDANT | | | | |
| 1989 | | | | (OPTIONAL) Show last names of defendants | | | | |
| Sep 28 | | | | **INDICTMENT.** | gs | | | |
| Sep 28 | | | | Motion to Seal. (Govt) | gs | | | |
| | | | | **ORDER...** that this indictment be sealed as to all defts., and that it be UNSEALED on 9-29-89 at 9:00 am. Dist. 10/2 to Jdge, AUSA, PT, PB, USM, HBS/gs | | 9-28-89 / 9-28-89 | G | 1 |
| Sep 28 | | | | ISSUED WARRANT FOR ARREST. | gs | | | |
| Oct * | | | | | | | | |
| Oct 13 | | | | ORDER that the Clerk issue a writ of habeas corpus ad prosequendum to appear on 10/23/89 at 9:30 AM. HBS/dh copies to AUSA, Marshal, Pt & Prob. with writ. | | 10-12-90 / 10-13-90 | G | 2 |
| | | | | WRIT OF HABEAS CORPUS AD PROSEQUENDUM | dh | | | |
| *Oct 12 | | | | MOTION FOR WHCAP. (GOVT) | skm | | | |
| Oct 24 | | | | ORDER SETTING CONDITIONS OF RELEASE - Defendant is appearing pursuant to writ ad prosequendum and is therefore committed without bail. JBT/bw cys: pretrial, marie, counsel | | 10-24-89 / 10-24-89 | H | 1 |
| | | | | Filed ORDER APPOINTMENT FOR COUNSELING SERVICES to Jeb Loveless. Atty. notified by letter and telephone of arraignment set for 10/26/89 at 9:00 a.m. JBT/bw cy. voucher Adm. Off.; cy. ltr. judge, ausa, pt, marie | | | | |
| Oct 25 | | | | Received memo from U. S. Magistrate indicating date of appearance 10/24/89. Deft. here on WRIT. Arraignment set for 10/26/89 at 9:00 a.m. bw | | | | |
| Oct 26 | | | | **ORDER...** set for jury trial 9:30 a.m., Dec. 4, 1989. Defts' pretrial motions due by noon, Nov 6, 1989, & Govt's responses by noon, Nov 13, 1989. Requested voir dire questions, proposed jury instructions, witness lists, exhibit lists with copies of exhibits, & motions in limine by noon, Nov. 27, 1989. dkt'd 10-27-89 cys to Judge, AUSA, PB, PT, USM, Marie & deft's counsel HBS/bs | | | | |
| Oct 16 | | | | RECEIVED MAGISTRATE PAPERS from the Northern District of Oklahoma re: Docket Sheet, Waiver of Rule 40 Hearings, Order of Temporary Detention pending hearing pursuant to bail reform act, CJA23, Information sheet; Order appointing counsel, minute sheet, appearance bond, order setting conditions of release. (Dist 10-23-89) Cy: AUSA, PT, PB skm | | | | |
| Oct 23 | | | | EX PARTE APPLICATION FOR FUNDS TO EMPLOY EXPERTS. (deft) skm | | | | |
| Oct 23 | | | | MOTION FOR LEAVE TO FILE ADDITIONAL MOTIONS AFTER COURT RULES ON PENDING MOTIONS AND DISCOVERY HAS BEEN COMPLETED. skm (Deft) | | | | |

CONTINUED TO PAGE

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET  U.S. vs
AO 256A

TARRANT, SEAN CHRISTIAN    PAGE 3

89  00293  01
Yr.  Docket No.  Def.

| DATE 1989 | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|
| Oct 23 | MOTION FOR PRE-TRIAL EVIDENTIARY HEARING ON THE EXISTENCE OF A CONSPIRACY AND MEMORANDUM OF LAW IN SUPPORT THEREOF. (Deft)    skm | |
| Oct 23 | MOTION FOR PRODUCTION OF FAVORABLE EVIDENCE AND MEMORANDUM OF LAW IN SUPPORT THEREOF. (Deft)   skm | |
| Oct 23 | MOTION FOR PRODUCTION OF LAW ENFORCEMENT INTERVIEW REPORTS OR NOTES WITH INDIVIDUALS WHO WILL NOT BE WITNESSES AT TRIAL AND MEMORANDUM OF LAW IN SUPPORT THEREOF. (Deft)   skm | |
| Oct 23 | MOTION FOR LEAVE TO FILE MOTION TO SUPPRESS AFTER COURT RULES ON PENDING MOTIONS AND DISCOVERY HAS BEEN COMPLETED. (DEFT)   skm | |
| Oct 23 | MOTION FOR TRANSCRIPTION OF GRAND JURY MINUTES AND MEMORANDUM OF LAW IN SUPPORT THEREOF. (DEFT)   skm | |
| Oct 23 | MOTION FOR EARLY DISCLOSURE OF JENCKS ACT MATERIAL AND MEMORANDUM OF LAW IN SUPPORT THEREOF. (DEFT)   skm | |
| Oct 23 | MOTION FOR PRESERVATION OF NOTES AND TAPES AND MEMORANDUM OF LAW IN SUPPORT THEREOF. (DEFT)   skm | |
| Oct 23 | MOTION FOR PRODUCTION OF STATEMENTS MADE BY CO-DEFENDANTS AND CO-CONSPIRATORS AND MEMORANDUM OF LAW IN SUPPORT THEREOF. (DEFT)   skm | |
| Oct 23 | REQUEST FOR NOTICE OF GOVERNMENT'S INTENTION TO USE EVIDENCE. (Deft)   skm | |
| Oct 23 | MOTION FOR PRODUCTION OF GOVERNMENT WITNESSES SO THAT DEFENSE COUNSEL MAY INTERVIEW AND MEMORANDUM OF LAW IN SUPPORT THEREOF. (DEFT)   skm | |
| Oct 23 | MOTION TO INTERVIEW GOVERNMENT INFORMANTS PRIOR TO TRIAL MEMORANDUM OF LAW IN SUPPORT THEREOF. (DEFT) skm | |
| Oct 23 | MOTION FOR DISCOVERY AND INSPECTION AND MEMORANDUM OF LAW. (DEFT)   skm | |
| Oct 27 | DEFENDANT JON LANCE JORDAN'S MOTION FOR DISCLOSURE OF EXTRINSIC OFFENSES AND SIMILAR ACTS. (Deft)   skm | |
| Oct 27 | MEMORANDUM OF AUTHORITIES IN SUPPORT OF MOTION FOR DISCLOSURE OF EXTRINSIC OFFENSES AND SIMILAR ACTS. skm (DEFT) | |
| Oct 27 | DEFENDANT JON LANCE JORDAN'S MOTION AND MEMORANDUM TO REQUIRE DISCLOSURE OF AGREEMENTS BETWEEN THE GOVERNMENT AND GOVERNMENT WITNESSES. (DEFT)   skm | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 1989 Oct 27 | MEMORANDUM OF AUTHORITIES IN SUPPORT OF MOTION FOR DISCOVERY AND INSPECTION. (DEFT)   skm | | | | |
| Oct 27 | PRE-TRIAL MOTION FOR DISCOVERY AND INSPECTION. (DEFT)   skm | | | | |
| Oct 27 | MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR BILL OF PARTICULARS. (DEFT)   skm | | | | |
| Oct 27 | MOTION FOR BILL OF PARTICULARS. (DEFT)   skm | | | | |
| Oct 27 | EX PARTE APPLICATION AND AUTHORIZATION FOR INVESTIGATIVE SERVICES. (DEFT)   skm | | | | |
| Oct 27 | MOTION TO EXTEND TIME FOR FILING RESPONSE TO DEFENDANT'S MOTIONS. (DEFT)   skm | | | | |
| Oct 26 | ME: Arraignment; S. Drouet, Govt., Mr. Huff, Deft. plea not guilty; trial 12-4-89; Deft. to remain in custody.   skm | 10-26-89 / 10-26-89 | H | 1 | |
| Nov 2 | MOTION TO DESIGNATE CO-COUNSEL OF RECORD (LeNoir)   bw  cys: judge, ausa, pt, pb, marie | | | | |
| Nov 3 | ORDER..Mtn to Designate Co-Counsel is GRANTED.   HBS/dh | | | | |
| Nov 6 | MOTION AND INCORPORATED BRIEF FOR PRETRIAL DISCLOSURE OF "GIGLIO" MATERIAL (deft)   bw | | | | |
| | REQUEST BY COUNSEL TO EXAMINE PROSPECTIVE JURORS (deft)   bw | | | | |
| | RULE 16(a) MOTION FOR DISCOVERY AND INSPECTION AND INCORPORATED BRIEF (deft)   bw | | | | |
| | MOTION FOR THE APPOINTMENT OF AN INVESTIGATOR (deft)   bw | | | | |
| | MOTION TO ADOPT CO-DEFENDANTS' MOTIONS (deft)   bw | | | | |
| | MOTION FOR LEAVE TO FILE ADDITIONAL MOTIONS (deft)   bw | | | | |
| | MOTION FOR SEVERANCE AND INCORPORATED BRIEF (deft)   bw | | | | |
| Nov 8 | THE UNITED STATES' RESPONSE TO DEFENDANT TARRANT'S PRETRIAL MOTIONS   bw | | | | |
| Nov 8 | THE UNITED STATES' MOTION AND BRIEF FOR RECIPROCAL DISCOVERY   bw | | | | |
| Nov 8 | ORDER that the Motion for the Appointment of an Investigator is GRANTED, but not to exceed $1,000.00 pursuant to 18 USC 3001(A). cpys to counsel   HBS/dh | | | | |
| Nov 16 | ORDER that the Court will hold a pretrial conference in this case at 11 AM 12/1/89.   HBS/dh  copies to counsel | | | | |



| DATE | PROCEEDINGS (continued) — (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 1989 Nov 20 | ORDER that Defts. Motion for Severance is DENIED... Request by Counsel to Examine Prospective Jurors DENIED ...Motion to Adopt Co Defts. Motions is GRANTED...Mot. for Discovery GRANTED in part & DENIED in part...Motion for Pretrial Disclosure of "Giglio"Material GRANTED... Motion for Leave to Fiel addl. Motions GRANTED.    HBS/dh copies to counsel    dkt'd 11/20/89 | | | | |
| | ORDER that the Motion of the U.S. for Reciprocal Disc. is GRANTED.    dkt'd 11/20/89   copies to parties   HBS/dh | | | | |
| Nov 21 | JOINT MOTION FOR CONTINUANCE    dh | | | | |
| Nov 21 | WAIVER OF SPEEDY TRIAL    dh | | | | |
| Nov 22 | ORDER that subject to each deft. filing a Speedy Trial Act Waiver, ny noon, 11/28/89, the Motion for Cont. is GRANTED, and the case is reset for trial for 9 AM, 2/20/90...requested voir dire questions, prop. jury instructions, witness lists, exhibit lists with copies of exhibits, & motions in limine must be filed by noon, 2/12/90...Materials to be provided by the govt. to defts. on 12/1/89, must be provided by 3 PM, 2/16/90...other deadlines set in the Courts previous ord. when the case was set for trial 12/4/89 are shifted to the corresponding time prior to the 2/20/89 trial date.    HBS/dh copies to counsel | 1-8-90 2-20-90 | T | 44 | |
| Nov 27 | THE UNITED STATES' RESPONSE TO DEFENDANTS' JOINT MOTION FOR CONTINUANCE    ns | | | | |
| Dec 1 | ORDER that the courts order of 11/22/89 DOES NOT alter prior deadlines for filing of pretrial motions...however the court will accept addl. pretrial motions for defts. Tarrant, Jordan, Greer & Wood provided that good cause is shown & they are filed by noon, 12/15/89.   HBS/dh copies to counsel | | | | |
| Dec 15 | EXPARTE APPLICATION FOR FUNDS TO EMPLOY EXPERTS (defts Greer, Tarrant, Jordan, Lawrence, Wood)    ns | | | | |
| Dec 20 | MOTION FOR TRANSFER OF VENUE | | | | |
| Dec 22 | ORDER ... defts. ex parte Motion for Funds to Employ Experts is DENIED.   dkt'd 12/22/89 copies to counsel | | HSB/dh | | |
| 1990 Jan 4 | THE UNITED STATES RESPONSE TO DEFENDANTS JOINT MOTION FOR TRANSFER OF VENUE.    gs | | | | |

| DATE | PROCEEDINGS (continued)<br>(Document No.) | V. EXCLUDABLE DELAY |
| --- | --- | --- |
| 1990<br>Jan 16 | MEMORANDUM OPINION AND ORDER...Defts. Joint Motion for Transfer of Venue, filed 12/20/89 is DENIED.    HBS/dh<br>copies to counsel    dkt'd 1/16/90 | |
| Jan 16 | ORDER that Deft. Wood's Motion for Disc. Re Immunity Agreement DENIED...Defts. Wood's Motion Re Eyewitness Identification Evidence...DENIED...Deft. Wood's Motion to Adopt Co-Defts. Motions ... Unopposed and GRANTED...Deft. Greer's Motion to Suppress Illegally Seized Evidence; the Court RESERVES ruling at this time based ont he Govts. reprsentation that it does not intend to introduce the disputed evidence in its case-in-chief.    dkt'd 1/16/90    HBS/dh<br>copies to counsel<br><br>MEMORANDUM OPINION AND ORDER...Deft. Wood's Motion to Suppress Fruits of Illegal Search and Seizure is, in all things, DENIED.    dkt'd 1/16/90    HBS/dh<br><br>MEMORANDUM OPINION AND ORDER ... Deft. Wood's Motion to Dismiss Indictment or To Suppress Statements of Deft., filed 12/15/89 is DENIED.    dkt'd 1/16/90    HBS/dh<br>copies to counsel | |
| Feb 7 | **ORDER that the Court will hold a pretrial conference at 1:30 PM, 2/15/90, in chambers.**    HBS/dh<br>**copies to counsel** | |
| Feb 12 | ORDER that the deadline for requested voir dire questions, prop. jury instructions, witness lists, exhibit lists with copies of exhibits, and motions in limine is extended to noon, 2/13/90.    copies to counsel    HBS/dh<br>DEFENDANT'S JOINT REQUEST REGARDING VOIR DIRE EXAMINATION.    gs<br>DEFENDANTS JOINT REQUESTED JURY INSTRUCTIONS.    gs | |
| Feb 13 | MOTION IN LIMINE (Deft)    gs<br>MOTION TO SUPPRESS EVIDENCE AND INCORPORATED BRIEF. (SEARCH WITHOUT WARRANT)    gs<br>DEFENDANT'S LIST OF EXHIBITS.    gs<br>REQUESTED INSTRUCTIONS NO. 7    gs<br>REQUESTED INSTRUCTION NO. 1    gs<br>REQUESTED INSTRUCTION NO. 2    gs<br>REQUESTED INSTRUCTION NO. 3    gs<br>REQUESTED INSTRUCTION NO. 4    gs<br>REQUESTED INSTRUCTION NO. 5    gs<br>REQUESTED INSTRUCTION NO. 6.    gs<br>LIST OF WITNESSES (Deft)    gs | |

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
| --- | --- | --- |
| | (Document No.) | (a) \| (b) \| (c) \| (d) |
| 1990 Feb 13 | REQUEST FOR QUESTIONS TO PROSPECTIVE JURORS ON VOIR DIRE EXAMINATION.    gs | |
| | UNITED STATES MOTION IN LIMINE IN SUPPORT OF INTRODUCTION OF REDACTED ADMISSIONS UNDER FEDERAL RULE OF EVIDENCE 801(d)(2)(A)    gs | |
| | UNITED STATES RESPONSE TO DEFENDANT JORDAN'S SUPPLEMENTAL LETTER REGARDING EXCULPATORY EVIDENCE.   gs | |
| | THE UNITED STATES MOTION IN LIMINE TO EXCLUDE CERTAIN CROSS-EXAMINATION CONCERNING DEFENDANT WOOD'S PRIOR TESTIMONY.    gs | |
| | TRIAL BRIEF OF THE UNITED STATES.    gs | |
| | GOVERNMENT'S PROPOSED JURY INSTRUCTIONS.    gs | |
| | THE UNITED STATES IWNTESS LIST.    gs | |
| | GOVERNMENT'S PROPOSED VOIR DIRE.    gs | |
| | THE UNITED STATES EXHIBIT LIST.    gs | |
| Feb 14 | **UNITED STATES RESPOSNE TO DEFT. TARRANTS MOTION TO SUPPRESS EVIDENCE**    dh<br>attachment under seal  copies to counsel | |
| Feb 14 | ORDER that the Court will hold a hearing on deft. Tarrant's motion to Suppress at 4 PM, 2/16/90.  HBS/dh<br>copies to counsel | |
| Feb 14 | UNITED STATES' RESPONSE TO DEFENDANT TARRANT'S MOTION IN LIMINE    ns | |
| | MOTION TO RELEASE CRIMINAL RECORDS OF GOVERNMENT WITNESSES    ns | |
| Feb 15 | MEMORANDUM OPINION AND ORDER that defts. Motion for Discovery of Exculpatory Evidence, filed 2/2/90 is DENIED.  dkt'd 2/15/90    HBS/dh<br>copies to counsel | |
| Feb 15 | **ORDER**...It is **ORDERED** that U.S. is authorized to disclose criminal record of its witnesses, including juvenile criminal records, to all defense cnsl in this action. Other than disclosure to defense cnsl, criminal record of juvenile witnesses shall remain sealed.    HBS/ns<br>cys: judge, ausa, cnsl, pb, pt, usm, marie<br>(dktd 2-16-90) | |

SEE NEXT PAGE

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET — TARRANT, SEAN CHRISTIAN — PAGE 8 — 89 00293 01
AO 256A

| DATE 1990 | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|
| Feb 16 | **ORDER**...Court, having held conf 2-15-90, makes following fulings: A. Deft Wood's Mtn for Reconsideration of Order Denying Mtn for Suppression Hrg----**DENIED** for reasons set forth at conf. B. Deft Greer's Mtn to Immunize & Appoint Cnsl for Defense Witness, Elizabeth Sherry--**DENIED**. C. Deft Jordan's First Mtn in Limine--**DENIED**. D. Deft Jordan's Second Mtn in Limine--**DENIED**. E. Deft Tarrant's Mtn in Limine--**GRANTED** to extent that cnsl for Govt shall approach Bench prior to introduction of the pictorial evidence discussed in Deft Tarrant's Mtn. F. Deft Greer's Threshold Mtn--**DENIED**. G. Govt's Mtn in Limine in Support of Introduction of Redacted Admissions Under Federal Rule of Evidence--**GRANTED**. H. Govt's Mtn in Limine to Exclude Certain Cross-Examination Concerning Deft Wood's Prior Testimony--**DENIED**. See Order for further specifics. Defts shall notify Govt of all stipulations agreed to w/respect to witnesses, exhbs, & the like by **Noon, 2-19-90**. Court requests these stipulations be submitted to Court as soon as possible thereafter.                    HBS/ns<br>cys: judge, ausa, cnsl, pb, pt, usm, marie<br>(dktd 2-16-90) | |
| Feb 20 | STIPULATION NUMBER 1.                    dh<br><br>ORDER that the Court held an evidentiary hearing on defts. Motion to Suppress Evidence, filed 2/13/90, & the Govts. Response thereto, also filed 2/13/90...the Motion is DENIED.    dkt'd 2/20/90            HBS/dh | |
| Feb 20 | MIN ENTRY...1st day of Jury Trial...Jury Sworn & seated...witnesses sworn & exhbited...cont.to 2/21/90, 9 AM. HBS/dh | |
| Feb 20 | JURY ROLL with lists                    dh | |
| *Feb 21 | STIPULATION NUBMER 2.                   dh<br><br>MIN ENTRY...2nd day of Jury Trial...cont. to 2/22/90, 9:30 AM.                        HBS/dh | |
| Feb 22 | **MOTION AND ORDER UNDER SEAL** unsealed 2/27/90     HBS/dh<br>Re expenses of witnesses for Defense. | |
| Feb 22 | MIN ENTRY...3rd day trial to jury...cont. to 9 AM, 2/23/90. | HBS/dh |
| Feb 23 | MIN ENTRY...4th day trial to Jury...cont. to 9 AM,2/26/90. | HSB/dh |
| Feb 26 | MIN ENTRY... 5th day trial to Jury...cont.to 9 am, 2/27/90. | HBS/dh |
| *Feb 21 | Filed ORDER APPOINTMENT FOR COUNSELING SERVICES to Tom Scott McCorkle, Jr. Atty. notified by telephone of appt. for witness Liz Sherry.         WFS/bw<br>cy. voucher Adm. Off. | |

SEE NEXT PAGE

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

| UNITED STATES DISTRICT COURT<br>CRIMINAL DOCKET   U.S. vs | TARRANT, SEAN CHRISTIAN | PAGE 9 | 89 Yr. | 00293 Docket No. | 01 Def. |
|---|---|---|---|---|---|

AO 256A

| DATE 1990 | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|
| Feb 26 | PARTIAL TRANSCRIPT OF PROCEEDINGS ARGUMENT OF COUNSEL BEFORE THE HONORABLE BAREFOOT SANDERS UNITED STATES DISTRICT JUDGE AND A JURY, 2-21-90, submitted by Ct. Rep. Carl T. Black.                                ns | |
| Feb 27 | RETURN ON SUBPOENA to John Cummings served on 2/27/90 by M.E. White PI.                                 gs | |
|  | RETURN ON SUBPOENA to Elizabeth Tarrant served on 2/27/90 by M. White PI.                                  gs | |
|  | RETURN ON SUBPOENA to Jennifer Mize, served on 2/27/90 by M. White PI.                                  gs | |
|  | RETUNR OF SERVICE to Shawnee Madden, served on 2/27/90 by M. White PI, Server.                            gs | |
|  | MIN ENTRY ... 6th day trial to jury...cont.to 2/28/90, 9:30 AM.                                           HBS/dh | |
| Feb 28 | 7th day trial to jury...Jury charge read to the jury... final arguments presented...Jury retire to deliberate... Jury recess at 5:30 PM...will continue deliberations 3/1/90, 9 AM...the Exhibit, Gun with clip, returned to the Agent for the FBI.                          HBS/dh | |
| Mar 1 | MIN ENTRY...8th day trial to Jury...at 9 AM the Jury resume deliberations...10:45 AM Jury return with verdict of GUILTY to counts 1 and 2 for deft. Tarrant... Deft. Jordan GUILTY to counts 1, 2 and 3...Deft. Lawrence GUILTY counts 1 and 2 NOT GUILTY count 3...Deft. Greer GUILTY to counts 1, 2 and 3...Deft. Jordan remanded to custody of U.S. Marshal...all defts. to remain in custody pending sentencing on either 4/19 or 5-3/90,9AM.                                                        HBS/dh | |
|  | COURTS INSTRUCTIONS TO THE JURY              HBS/dh | |
|  | VERDICT...Guilty as to counts 1 and 2.          dh | |
|  | JURY NOTES in envelope                           dh | |
|  | 1 envelope and 4 large charts of exhibits in Exhibit Room. | dh |
|  | SCHEDULING ORDER SENTENCING UNDER LOCAL RULE 10.9 (GUILELINES SENTENCING)...present. report must be dis- closed & delivered by 3/29/90...Objections due 4/12/90 ...if present. report adopted SENTENCING 9 AM,4/19/90 ...if objections filed addendum due 4/19/90...objections to addendum due by 4/26/90 and SENTENCING set for 9 AM 5/3/90.                           HBS/dh copies to counsel, pt, prob., Marshal & Marie G. | |

Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days

| DATE | PROCEEDINGS (continued)<br>(Document No.) | V. EXCLUDABLE DELAY<br>(a) \| (b) \| (c) \| (d) |
|---|---|---|
| 1990<br>Mar 27 | AMENDED SCHEDULING ORDER FOR SENTENCING UNDER LOCAL RULE 10.9 (GUIDELINES SENTENCING)...amending page 2 to reflect the date set for sentencing if objections are filed to the Presentence Report to be Wednesday, 5/2/90, 9 AM. copies to counsel, pt, prob., Marshal & Marie G.   HBS/dh | |
| Apr 10 | OBJECTIONS TO PRESENTENCE REPORT.   gs | |
| May 2 | MIN ENTRY...Deft. sentenced   HBS/dh | |
| May 2 | JUDGMENT INCLUDING SENTENCE UNDER THE SENTENCING REFORM ACT... deft. sent. to 108 months on counts 1 & 2 ... pay MSA of $100.00...fine not assessed for reasons stated on the record...placed on supervised release for 3 years with special conditions 1) prohibited from possession or use of a firearm or other dangerous weapon...2) make restitution in the amount of $877.13, payable to the Clerk of the U.S.Dist. Court for disbursement to Temple Shalom & the Jewish Community Center... pay at the rate of $24.36 per month & to commence on the 1st day of the 1st month after release from confinement ...3) aprticipate in a group counseling program as determined & directed by the U.S. Prob. Office. remand to custody of U.S.Marshal.dkt'd 5/2/90   HBS/dh copies to counsel, pt, prob., Marhsl & Marie G. | |
| May 9 | NOTICE OF APPEAL from Final Judgment entered on May 2, 1990.   No. Fee<br>   cpy to Judge, AUSA, CR, Cert cpy to Cnsl with TO.   gs | |
| May 11 | Mailed Certified cpy of notice and dkt entries with CJA to USCA5.   gs | |
| May 9 | MOTION TO DEDESIGNATE CO-COUNSEL OF RECORD AND DESIGNATE A SUBSTITUTED CO-COUNSEL OF RECORD.   gs | |
| May 14 | ORDER that the Motion to Dedesignate Co counsel of record & designate a substituted co cousnel of record having been presented to the court, the same is GRANTED.   HBS/dh copies to counsel | |
| May 16 | T.O....Transcript of proceedings: pretrial conf 2-15-90; mtn to suppress hrg 2-16-90; trial dates 2-20,21,22,23, 26,27,28, 1990 & 3-1-90; sent hrg 5-2-90. Special requests: Voir Dire; Opending statement of pltf, deft; Closing argument of pltf, deft; Jury instruction. Submitted by Jeb Loveless & Gerard Fazio, cnsl for deft Tarrant. | |

SEE NEXT PAGE

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET  U. S. vs SEAN CHRISTIAN TARRANT   Page 11   CR3-89-293-H

AO 256A

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|
| 1990 | | |
| May 21 | MOTION AND MEMORANDUM FOR RELEASE PENDING APPEAL.   gs | |
| May 25 | ORDER that the Motion & Memo. for Release Pending Appeal, filed 5/21/90 is DENIED. dkt'd 5/25/90 copies to counsel                                    HBS/dh | |
| MAY 25 | RETURN OF WARRANT FOR ARREST returned unexecuted due to issuance of WHCAP & J & C on 5-2-90                vp | |
| Jul 24 | A  TRANSCRIPT OF TRIAL BEFORE THE HON. BAREFOOT SANDERS on February 27, 1990 as submitted by Joe Belton, CR proceedings on 2-27-90. Volume 8.   gs | |
|  | B  TRANSCRIPT OF TRIAL BEFORE THE HON. BAREFOOT SANDERS on February 28, 1990 as submitted by Joe Belton, CR proceedings on 2-28-90. Volume 9.   gs | |
| Aug 3 | TRANSCRIPT OF PROCEEDINGS BEFORE THE HONORABLE BAREFOOT SANDERS OF PRE-TRIAL ON February 15, 1990 as submitted by Carl Black, CR. Volume 1.   gs | |
|  | TRANSCRIPT OF PROCEEDINGS BEFORE THE HONORABLE BAREFOOT SANDERS of DEFT. SEAN CHRISTIAN TARRANT'S MOTION TO SUPRESS, as submitted by Carl Black, CR. February 16, 1990. Volume II.   gs | |
|  | TRANSCRIPT OF PROCEEDINGS TRIAL ON ITS MERITS BEFORE THE HONORABLE BAREFOOT SANDERS, on February 20, 1990 as submitted by Carl Black, CR. Volume III.   gs | |
|  | TRANSCRIPT OF PROCEEDINGS TRIAL ON IT'S MERITS BEFORE ATHE HONORABLE BAREFOOT SANDERS, on February 21, 1990 as submitted by Carl Black, CR. Volume IV.   gs | |
|  | TRANSCRIPT OF PROCEEDINGS BEFORE THE HONORABLE BAREFOOT SANDERS , on February 22, 1990 as submitted by Carl Black, CR. Volume V.   gs | |
|  | TRANSCRIPT OF PROCEEDINGS TRIAL ON ITS MERITS, BEFORE THE HONORABLE BAREFOOT SANDERS on February 23, 1990 as submitted by Carl Black CR. Volume VI.   gs | |
|  | TRANSCRIPT OF PROCEEDINGS TRIAL ON ITS MERITS BEFORE THE HONORABLE BAREFOOT SANDERS on February 26, q990 as submitted by Carl Black CR, Volume VII.   gs | |
|  | TRANSCRIPT OF PROCEEDINGS TRIAL ON ITS MERITS BEFORE THE HONORABLE BAREFOOT SANDERS of the Verdict on 3-1-90 and Sentencing 5-2-90 as submitted by Carl Black CR. Volume X.   gs | |

SEE NEXT PAGE

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days