UNITED STATES DISTRICT COURT  
CRIMINAL DOCKET  SEAN CHRISTIAN TARRANT    Page 12     CR3-89-293-H  
AO 256A

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|
| **1990** | | |
| Aug 23 | AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT approved in the amount of $559.80                       gs | |
| Aug 20 | RETURN ON J & C defendant delivered on 6-5-90 to USPTHA Terre Haute, Indiana. by C. Bergman Legal Tech.                                                  gs | |
| Aug 17 | AUTHORIZATION AND VOUCHER JFOR PAYMENT OF TRANSCRIPT approved in the amount of $3,140.00 by Judge Sanders.                                              gs | |
| Sep 7 | TRANSMITTED RECORD ON APPEAL consisting of 2 volumes, 10 vvolumes of transcripts labeled A thru J, 1 sealed envelope - PSI Report, 1 folder of exhibits containing 1 envelope of defendants exhibits (no numbered sequence) remaining govt exhibits numbered: 3,4,5a,5b,5c, 7a thru N, 8a,8b,,9,12a,12b,12c,12d, 12e,12f,13,14,15,16,17a,17b,17c,18,19,20,21,22,23a,23b, 24a thru g, 25,27a thru 27o,29a,29b,29c,30a,30b,33, 34,37,38,39. 1envelope Jury notes labeled A1.       gs | |
| OCT 1 | VOUCHER FOR EXPERT AND OTHER SERVICES submitted by Cliff Jenkins of Cliff Jenkins Investigations in the amt of $252.75 approved in the amt of $253.16 by Judge Barefoot Sanders.                                       vp | |
| | VOUCHER FOR EXPERT AND OTHER SERVICES submitted by Jim Bearden & Assoc. in the amt of $747.25 approved for the same amt by Judge Barefoot Sanders.      vp | |
| NOV 6 | **ORDER FROM USCA5**........Tarrant, Lawrence and Greer's motion to view their presentence report is granted. the Clerk is directed to return the reports to the District Clerk to be made available for viewing by cnsl of appellants.    dkts 11-7-90  cy Judge                                            HAP/vp | |
| NOV 2 | AUTHORITY TO PAY COURT APPOINTED COUNSEL submitted by Jeb Loveless in the amount of $8399.81 approved in the amt of $7212.12 by Judge Barefoot Sanders.   vp | |
| FEB 22 | TRANSMITTED TO USCA5 Supplemental Record consisting of 1 vol of supplemental papers.                      vp | |
| DEC 24 | **ORDER FROM USCA5**...Motion to appoint Gerard Fazio as co-counsel in this appeal is granted.  dkt 12-24-91  cpy Judge                                          HAP:svc | |

SEE NEXT PAGE

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|
| 1992 | | |
| Sep 22 | Filed JUDGMENT OF USCA5 issued as and for the Mandate: ON CONSIDERATION WHEREOF, It is now here jordered and adjudged by this Court that the Opinion originally entered by this Court on August 13, 1992 is reinstated except as to part II.  As a consequence of an equally divided court the actions and decisions of the District Court, as discussed in part II and the conviction is affirmed by operation of law.  Issued as Mandate: September 18, 1992.<br>    Cpy to Judge.                                    gs<br><br>Filed OPINION OF USCA5 - CORRECTED.<br>    Cpy to Judge.                                    gs<br><br>Received record on appeal consisting of: see above as transmitted to USCA5, all record accounted for. gs | |
| Oct 2 | 2 certified copies of JUDGMENT OF USCA5 to USM and 1 certified copy each to PT and PB.            gs | |
| 1993 | | |
| Mar 10 | RECEIVED LETTER FROM USCA5 re; received cert. cc of order of Supreme Ct denying certiorari in above cause This ct jgm as mandate having already been issued to your office or further order will be forthcoming.<br>                                                    mr | |
| **1994** | | |
| Jun 24 | RETURNED 1 BOX OF EXHIBITS TO GOVERNMENT         klm | |
| 1996 | | |
| Mar 6 | MOTION FOR RELEASE OF EVIDENCE (Gvt)              gs<br><br>**ORDER RELEASING EVIDENCE...** it is ordered that the firearm identified in the above mtn be release to the FBI (See order for specifics)   Dist 3/6<br>2 cc to AUSA                                   HBS/gs | |
| 1997 | | |
| FEB 07 | Petition for offender under supervision...order that as an added condition of the dft's supervision, the dft,shall not associate with any individuals who, or be involved with any organizations or activities which, are professed to be for the purpose of racial supremacy   dst'd 2/10      HBS/lmn | |
| 1998 | | |
| Mar 5 | ORDER...this case is reassigned to Magistrate Sanderson for disposition of all pending referred motions, referral of future motion and assignemnt for trial by consent Signed by Judge Buchmeyer; distributed 3/6/98 (5)   jas | |

| UNITED STATES DISTRICT COURT<br>CRIMINAL DOCKET<br>AO 256A | | SEAN CHRISTIAN TARRANT | Page 14<br>3:89-CR-2 |
|---|---|---|---|

| DATE | PROCEEDINGS (continued)<br>(Document No.) | V. EXCLUDABLE DELA<br>(a) \| (b) \| (c) |
|---|---|---|
| 1999<br>Apr 20 | ORDER THAT DFT SHALL PARTICIPATE in the Home Confinement Program for a period of 120 consecutive days. During this time, the dft will remain at dft's place of residence except for employment and other activities approved in advance by the dft's porbation officer. The dft will maintain a telephone at dft's place of residence without "call forwarding," a modem, "Caller ID," "call waiting," or portable cordless telephones for the above period. At the direction of the dft's probation officer, the dft shall wear an electronic monitoring device and follow electronic monitoring procedures specified by the dft's probation officer. Signed by Judge Sanders; distributed 4/20/99 (4)    jas | |

Interval (per Section II) | Start Date / End Date | Ltr. / Code

# CRIMINAL DOCKET U.S. CR 3-89-293-H

| | | | | | |
|---|---|---|---|---|---|
| PO ☐ | 0539 03 3914 | WRIT ☐ | VS. | JORDAN, JON LANCE (90-1348) | Case Filed: 9/28/89 | Case No. 00293 | Def. 02 |
| Misd. ☐ | | JUVENILE ☐ | | | | |
| Felony ☒ | District / Off / Judge/Magistr. | ALIAS ☐ / OFFENSE ON INDEX CARD ☐ | | **APPEAL** | No. of Def's 05 | U.S. CASE NO. MAY 31 199_ |

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. NG |
|---|---|---|---|
| 18:241 | Conspiracy to injure, oppress, threaten and intimidate persons because of their race. Ct. 1 (6/88 - 10/88) Ct. 2 (8/88 - 11/88) | 1, 2 | |
| 18:924(c) & 2 | Use of a firearm during a crime of violence and aiding and abetting same. Ct. 3 (10/9/88) | 1 | |

NLT: G 12-4-89   H 12-12-89   H 12-13-89   H 12-14-89   H 12-15-89
H 12-16-89   12-17-89   2-20-90

## II. KEY DATE

**INTERVAL ONE** — KEY DATE EARLIEST OF: ☐ arrest ☐ sum'ns ☐ custody ☐ appear-on complaint

**END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL)** — KEY DATE APPLICABLE: 9-28-89 — ☒ Indictment filed/unsealed ☐ consent to Magr. trial on complaint ☐ Information ☐ Felony-W/waiver

KEY DATE: 10/2/89 — a) ☒ 1st appears on pending charge /R40  b) ☐ Receive file R20/21  c) ☐ Supsdg ☐ Ind ☐ Inf  d) ☐ Order New trial  e) ☐ Remand  f) ☐ G/P Withdrawn

**END INTERVAL TWO** — KEY DATE APPLICABLE: 2-20-90 — ☐ Dismissal ☐ Pled guilty ☐ Nolo / After N.G. / After nolo ☒ Trial (voir dire) began ☐ Jury ☐ N.J.

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE 3-1-90 | SENTENCE DATE 5-2-90 | PTD ☐ Nolle Pros ☐ | FINAL CHARGES DISMISSED ☐ on S.T. grounds ☐ W.P. ☐ WOP | on def motion / on gov't motion |

## III. MAGISTRATE

| Search Warrant | Issued / Return | DATE | INITIAL/NO. | INITIAL APPEARANCE DATE ▶ | | INITIAL/NO. | OUTCOME: ☐ DISMISSED ☐ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT |
| Summons | Issued / Served | | | PRELIMINARY EXAMINATION — Date Scheduled ▶ / OR REMOVAL HEARING — Date Held ▶ | | | ☐ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW |
| Arrest Warrant Issued | | | | ☐ WAIVED  ☐ NOT WAIVED | Tape Number | | |
| COMPLAINT ▶ | | | | ☐ INTERVENING INDICTMENT | | | |
| Date of Arrest | OFFENSE (In Complaint) | | | G: 110  N: 39 | | | |

Show last names and suffix numbers of other defendants on same indictment/information:
Tarrant (01) Lawrence (03) Greer (04) Wood (05)

RULE: 20 / 21 / 40 / In / Out

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

**ATTORNEYS** — U.S. Attorney or Asst.
Richard Stephens, AUSA,
Suzanne Drouet
Barry F. Kowalski, USDOJ
Washington, D.C. 20530  Attys, Crim. Section, Civil Rights Div
202 633-4152; 202 633-4067

Defense: 1 ☒ CJA  2 ☐ Ret.  3 ☐ Waived  4 ☐ Self  5 ☐ Non/Other  6 ☐ PD.  7 ☐ CD
S. Cass Weiland, (JACKSON & WALKER)
E. Leon Carter, III
John H. Lancaster, Alan N. Greenspan
901 Main Street, Suite 6000
Dallas, Texas 75202
953-6000
953-5718; 953-5912

~~JAMES X. MURPHY~~ (entered in ~~P.O. BOX 410809~~ error)
~~DALLAS, TX 75244~~
~~214/745-1532~~

Retained for Appeal
R. Kristin Weaver
404 Expressway Tower, LB 35
6116 N. Central Expressway
Dallas, TX 75206

2109 Tan Oak Lane
Arlington, Texas 76010

Third Party:
Ruth Jordan
801 Maple Drive
Garland, Texas 75040
494-5477

**BAIL & RELEASE**

PRE-INDICTMENT — Release Date: ___
☐ Bail Denied   AMOUNT SET $ ___
☐ Fugitive  ☐ Pers. Rec.  ☐ PSA
Conditions: ☐ 10% Dep. ☐ Surety Bnd ☐ Bail Not Made ☐ Collateral ☐ 3rd Prty ☐ Other
Date Set ___   Date Bond Made ___

POST-INDICTMENT — Release Date: 10/6/89
☒ Bail Denied   AMOUNT SET $ ___
☐ Fugitive  ☒ Pers. Rec.  ☒ PSA
Conditions: ☐ 10% Dep. ☐ Surety Bnd ☐ Bail Not Made ☐ Collateral ☒ 3rd Prty ☐ Other
Date Set ___   Date Bond Made ___

## FINE AND RESTITUTION PAYMENTS

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |

Docket Entries Begin On Reverse Side

**APPEALS FEE PAYMENTS**: $105.00  #21025

| DATE DOCUMENT NO. | | V. PROCEEDINGS | | VI. EXCLUDABLE DELAY | | |
|---|---|---|---|---|---|---|
| | | | | Start Date / End Date | Ltr. Code | Total Days |

Yr. 89  Docket No. 00293

**1989**

| Sep 28 | | INDICTMENT. | gs | | | |
| Sep 28 | | Motion to Seal. (Govt.) | gs | | | |
| | | **ORDER**... that this indictment be sealed as to all defts. and that it be UNSEALED on 9-29-89 at 9:00 am.  Dist. made 10/2       HBS/gs | | 9-28-89 / 9-28-89 | G | 1 |
| Sep 29 | | ISSUED WARRANT FOR ARREST. gs | | | | |
| Oct 2 | | ORDER SETTING CONDITIONS OF RELEASE - Defendant is committed without bail pursuant to detention order.  JBT/bw cys: Pretrial, Marie, counsel | | 10-2-89 / 10-2-89 | H | 1 |
| | | Filed ORDER APPOINTMENT FOR COUNSELING SERVICES to John L. Lancaster. Atty. notified by letter and telephone of arraignment set for 10/12/89 at 9:00 a.m.  JBT/bw cy. voucher Adm. Off.; cy. ltr. Judge, AUSA, PT, Marie | | | | |
| Oct 3 | | Received memo from U. S. Magistrate indicating date of appearance 10/2/89; appointed atty.; arraignment set for 10/12/89 at 9:00 a.m.   bw | | | | |
| *Oct 5 | | MIN ENTRY...Deft. waived reading of idncitment & entered plea of NOT GUILTY...remain in custody pend. trial on 12/4/89, 9:30 am.       HBS/dh | | 10-5-89 / 10-5-89 | H | 1 |
| | | ORDER...Jury set for 9:30 AM, 12/4/89...pretrial motions due 10/23/89...govts. responses by 10/30/89...requested voir dire questions, prop. jury instructions, witness lists, exhibit lists with copies of exhibits, & motions in limine msut be filed by 11/27/89.    HBS/dh copies to counsel | | | | |
| *Oct 4 | | **DETENTION ORDER**...IT IS ORDERED that the deft. be committed to the custody of the Attorney General for confinement in a corrections facility. IT IS FURTHER ORDERED that the person in charge of the corrections facility shall deliver deft. to United States Marshal for the purpose of an appearance in connection with a court proceeding.       JBT/bw cys: Judge, ausa, pt, pb, usm, counsel, marie (dkt'd 10/6/89) | | 10-4-89 / 10-4-89 | H | 1 |
| *Oct 6 | | ORDER SETTING CONDITIONS OF RELEASE - Deft. cannot travel outside Dallas County, Texas. Deft. will reside at the address of the Third Party custodian Ruth Jordan, 801 Maple Drive, Garland, Texas 75040 and will be physically present at that location during the hours of midnight and 6 a.m. each day.       JBT/bw cys: Pretrial, Marie, counsel | | 10-6-89 / 10-6-89 | H | 1 |
| *Oct 5 | | MOTION TO SET BAIL OR OTHERWISE GRANT PRETRIAL RELEASE (deft)       bw | | | | |
| | | MEMORANDUM IN SUPPORT OF MOTION TO SET BAIL OR OTHERWISE GRANT PRETRIAL RELEASE (deft)       bw | | | | |

CONTINUED TO PAGE 6

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET ⎯ U.S. vs JON LANCE JORDAN   #3   CR3-89-293-H

AO 256A

| Yr. | Docket No. | Def. |

| DATE | PROCEEDINGS (continued) — (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 1989 Oct 12 | MIN ENTRY ...Deft. reading of indictment & entered plea of NOT GUILTY...Deft. to remain on bond pending trial on 12/4/89, 9:30 am.    HBS/dh | 10-12-89 / 10-12-89 | H | 1 | |
| Oct 17 | ORDER...This case is set for Jury Trial at 9:30 a.m., **December 4, 1989.** Defts' pretrial motions must be filed by 10/30/89 and govt's responses by 11/6/89. Requested voir dire questions, proposed jury instructions, witness lists, exhibit lists with copies of exhibits, and motions in limine must be filed by noon, 11/27/89.    HBS/bw cys: judge, ausa, pt, pb, usm, counsel, marie (dkt'd 10/17/89) | | | | |
| Oct 16 | RECEIVED MAGISTRATE PAPERS from the Northern District of Oklahoma re: Docket Sheet, Waiver of Rule 40 Hearings, Order of Temporary Detention pending hearing pursuant to bail reform act, CJA23, Information sheet; Order appointing counsel, minute sheet, appearance bond, order setting conditions of release. (Dist 10-23-89)Cy: AUSA, PT, PB   skm | | | | |
| Oct 23 | EX PARTE APPLICATION FOR FUNDS TO EMPLOY EXPERTS. (deft)skm | | | | |
| Oct 23 | MOTION FOR LEAVE TO FILE ADDITIONAL MOTIONS AFTER COURT RULES ON PENDING MOTIONS AND DISCOVERY HAS BEEN COMPLETED. (DEFT) | skm | | | |
| Oct 23 | MOTION FOR PRE-TRIAL EVIDENTIARY HEARING ON THE EXISTENCE OF A CONSPIRACY AND MEMORANDUM OF LAW IN SUPPORT THEREOF. (DEFT)    skm | | | | |
| Oct 23 | MOTION FOR PRODUCTION OF FAVORABLE EVIDENCE AND MEMORANDUM OF LAW IN SUPPORT THEREOF. (Deft)    skm | | | | |
| Oct 23 | MOTION FOR PRODUCTION OF LAW ENFORCEMENT INTERVIEW REPORTS OR NOTES WITH INDIVIDUALS WHO WILL NOT BE WITNESSES AT TRIAL AND MEMORANDUM OF LAW IN SUPPORT THEREOF. (Deft)    skm | | | | |
| Oct 23 | MOTION FOR LEAVE TO FILE MOTION TO SUPPRESS AFTER COURT RULES ON PENDING MOTIONS AND DISCOVERY HAS BEEN COMPLETED.   (DEFT)    skm | | | | |
| Oct 23 | MOTION FOR TRANSCRIPTION OF GRAND JURY MINUTES AND MEMORANDUM OF LAW IN SUPPORT THEREOF. (DEFT)    skm | | | | |
| Oct 23 | MOTION FOR EARLY DISCLOSURE OF JENCKS ACT MATERIAL AND MEMORANDUM OF LAW IN SUPPORT THEREOF. (DEFT) skm | | | | |
| Oct 23 | MOTION FOR PRESERVATION OF NOTES AND TAPES AND MEMORANDUM OF LAW IN SUPPORT THEREOF. (DEFT)    skm | | | | |
| Oct 23 | MOTION FOR PRODUCTION OF STATEMENTS MADE BY CO-DEFENDANTS AND CO-CONSPIRATORS AND MEMORANDUM OF LAW IN SUPPORT THEREOF. (DEFT)    skm | | | | |
| Oct | | Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days |

| UNITED STATES DISTRICT COURT<br>CRIMINAL DOCKET<br>AO 256A | JON LANCE JORDAN | Page 4 | CR3-89-293-H |

| DATE | PROCEEDINGS (continued)<br>(Document No.) | V. EXCLUDABLE DELAY<br>(a) \| (b) \| (c) \| (d) |
|---|---|---|
| 1989 | | |
| Oct 23 | REQUEST FOR NOTICE OF GOVERNMENT'S INTENTION TO USE EVIDENCE. (Deft)  skm | |
| Oct 23 | MOTION FOR PRODUCTION OF GOVERNMENT WITNESSES SO THAT DEFENSE COUNSEL MAY INTERVIEW AND MEMORANDUM OF LAW IN SUPPORT THEREOF. (DEFT)  skm | |
| Oct 23 | MOTION TO INTERVIEW GOVERNMENT INFORMANTS PRIOR TO TRIAL MEMORANDUM OF LAW IN SUPPORT THEREOF. (DEFT) skm | |
| Oct 23 | MOTION FOR DISCOVERY AND INSPECTION AND MEMORANDUM OF LAW. (DEFT)  skm | |
| Oct 24 | MARSHAL'S RETURN ON WARRANT FOR ARREST - date of arrest 09/30/89 by Special Agent, FBI, Robert A. Blecksmith.  skm | |
| Oct 27 | DEFENDANT JON LANCE JORDAN'S MOTION FOR DISCLOSURE OF EXTRINSIC OFFENSES AND SIMILAR ACTS. (Deft)  skm | |
| Oct 27 | MEMORANDUM OF AUTHORITIES IN SUPPORT OF MOTION FOR DISCLOSURE OF EXTRINSIC OFFENSES AND SIMILAR ACTS. skm (DEFT) | |
| Oct 27 | DEFENDANT JON LANCE JORDAN'S MOTION AND MEMORANDUM TO REQUIRE DISCLOSURE OF AGREEMENTS BETWEEN THE GOVERNMENT AND GOVERNMENT WITNESSES.  skm | |
| Oct 27 | MEMORANDUM OF AUTHORITIES IN SUPPORT OF MOTION FOR DISCOVERY AND INSPECTION. (DEFT)  skm | |
| Oct 27 | PRE-TRIAL MOTION FOR DISCOVERY AND INSPECTION.  skm (DEFT) | |
| Oct 27 | MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR BILL OF PARTICULARS. (DEFT)  skm | |
| Oct 27 | MOTION FOR BILL OF PARTICULARS. (DEFT)  skm | |
| Oct 27 | EX PARTE APPLICATION AND AUTHORIZATION FOR INVEST-IGATIVE SERVICES. (DEFT)  skm | |
| Oct 27 | MOTION TO EXTEND TIME FOR FILING RESPONSE TO DEFENDANT'S MOTIONS. (DEFT)  skm | |
| Oct 30 | ORDER that the Deft. is authorized by this Court to retain investigative services not to exceed $1000.00 absent further order of the court.  HBS/dh<br>copies to counsel | |
| | MOTION TO DISMISS INDICTMENT OR, IN THE ALTERNATIVE, TO DISMISS COUNT ONE OF INDICTMENT (deft)  bw | |
| | MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS INDICTMENT (deft)  bw | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

| DATE 1989 | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|
| Nov 8 | THE UNITED STATES' MOTION AND BRIEF FOR RECIPROCAL DISCOVERY                                                          bw | |
| *Nov 7 | THE UNITED STATES' CONSOLIDATED RESPONSE TO DEFENDANT JORDAN'S PRETRIAL MOTIONS                                      bw | |
| Nov 15 | MOTION FOR LEAVE TO FILE ADDITIONAL PRETRIAL MOTIONS   dh<br><br>MOTION FOR LEAVE TO FILE REPLY                             dh | |
| Nov 16 | ORDER that the Court will hold a pretrial conference in this case at 11 AM 12/1/89.           HBS/dh<br>copies to counsel | |
| Nov 17 | ORDER ADJUDGED AND DECREED that Deft. may file its reply as attached to defts. Motion.        HBS/dh<br>copies to counsel<br><br>DEFT. JON LANCE JORDANS REPLY TO UNITED STATES CONSOLIDATED RESPOSNE TO JORDANS PRETRIAL MOTIONS     dh | |
| Nov 20 | ORDER that Deft. Jordans pretrial motions...Motion to Dismiss Indictment DENIED...Motionfor Bill of Particulars DENIED...Motion for Disclosure of Extrinsic Offenses & Similar Acts GRANTED...Motionto Require Disclosure of AGreements Between the Govt. & Government Witnesses is GRNATED...Motion for Disc. & Inspection GRANTED in part and DENIED in part...Motion to File addl. pretrial Motions is GRANTED provided good cause is shown & such motion is filed by noon, 11/27/89.       HBS/dh<br>copies to counsel   dkt'd 11/20/89<br><br>ORDER that the motion of the U.S. for Reciprocal Disc. & the Court having considered the Motion, it is GRANTED.<br>copies to counsel   dkt'd 11/20/89        HBS/dh | |
| Nov 21 | JOINT MOTION FOR CONTINUANCE                                 dh | |
| Nov 22 | SUPPLEMENTAL MOT. FOR PRETRIAL DISC. & EXCULPATORY EVIDENCE AND MEMO. IN SUPPORTT THEREOF.           dh<br><br>DEFTS. WAIVER OF HIS SPEEDY TRIAL RIGHTS         dh<br><br>ORDER that subject to each deft. filing a Speedy Trial Act Waiver, ny noon, 11/28/89, the Motion for Cont. is GRANTED, and the case is reset for trial for 9 AM, 2/20/90...requested voir dire questions, prop. jury instructions, witness lists, exhibit lists with copies of exhibits, & motions in limine must be filed by noon, 2/12/90...Materials to be provided by the govt. to defts on 12/1/89, must be provided by 3 PM, 2/16/90...other deadlines set in the Courts previous ord. when the case was set for trial 12/4/89 are shifted to the corresponding time prior to the 2/20/89 trial date.    HBS/dh<br>copies to counsel      SEE NEXT PAGE | 12-18-89<br>2-20-90   T 6: |

UNITED STATES DISTRICT COURT  
CRIMINAL DOCKET  USA V. JON LANCE JORDAN  
AO 256A                                                        PAGE 6      89   00293

| DATE 1989 | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|
| Nov 27 | THE UNITED STATES' RESPONSE TO DEFENDANTS' JOINT MOTION FOR CONTINUANCE                                ns | |
| Dec 1 | ORDER that the courts order of 11/22/89 DOES NOT alter prior deadlines for filing of pretrial motions...however, the court will accept addl. pretrial motions for defts. Tarrant, Jordan, Greer & Wood provided that good cause is shown & they are filed by noon, 12/15/89.   HBS/dh copies to counsel | |
| Nov 30 | DEFT. JON LANCE JORDANS MOTION TOA DOPT MOTS. OF CO-DEFTS.   dh | |
|  | DEFT. JON LANCE JORDANS FIRST MOTION IN LIMINE & BRIEF IN SUPPORT THEREOF                                  dh | |
|  | DEFT. JON LANCE JORDANS SECOND MOT. IN LIMINE       dh | |
|  | DEFT. JON LANCE JORDANS BRIEF IN SUPPORT OF HIS SECOND MOTION IN LIMINE                                   dh | |
| Dec 4 | ORDER that this court shall treat all pre tiral motions & motions in limine of the co defts. in the above styled & numbered cause as though such motions were made by or expressly adopted by deft. Jordan.       HBS/dh copies to counsel | |
| Dec 6 | THE UNITED STATES' RESPONSE TO DEFENDANT JORDAN'S SUPPLEMENTAL MOTION FOR DISCOVERY                 klm | |
| Dec 11 | DEFENDANT JON LANCE JORDAN'S MOTION FOR PERMISSION TO LEAVE THE STATE OF TEXAS                      klm | |
| Dec 14 | THE U.S. RESPOSNE TO DEFT. JORDANS MOTION FOR PERMISSION TO LEAVE THE STATE OF TEXAS                   dh | |
|  | ORDER that defts. Suppl. Motion for pretiral Disc. & Exculpatory Evidence, filed 11/22/89...(a) thru (f) all DENIED.  dkt'd 12/14/89                        HSB/dh copies to counsel | |
| Dec 15 | EXPARTE APPLICATION FOR FUNDS TO EMPLOY EXPERTS (defts Greer, Tarrant, Jordan, Lawrence, Wood)     ns | |
| Dec 15 | ORDER that the request is GRANTED for permission to leave the State, in PaRT...deft. is to travel to Bellville, Ill. on or after 12/20/89 & msut return to Texas, & report to the pretrial services Agency of the Dallas Division 1/3/90.  copies to counsel              HBS/dh | |
| Dec 20 | MOTION FOR TRANSFER OF VENUE | |
| Dec 22 | ORDER ... defts. ex parte Motion for Funds to Employ Experts is DENIED.  dkt'd 12/22/89 copies to counsel                                HSB/dh | |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET   U.S. vs JON LANCE JORDAN   PAGE 7   89 00293 02

AO 256A

| DATE 1989 (Document No.) | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|
| Dec 20 | THE UNITED STATES' RESPONSE TO DEFENDANT JORDAN'S FIRST MOTION IN LIMINE                                    bw | |
| 1990 | THE UNITED STATES' RESPONSE TO DEFENDANT JORDAN'S SECOND MOTION IN LIMINE                                    bw | |
| Jan 4 | THE UNITED STATES RESPONSE TO DEFENDANTS JOINT MOTION FOR TRANSFER OF VENUE.                              gs | |
| Jan 16 | MEMORANDUM OPINION AND ORDER...Defts. Joint Motion for Transfer of Venue, filed 12/20/89 is DENIED.    HBS/dh   copies to counsel   dkt'd 1/16/90 | |
| Jan 16 | ORDER that Deft. Wood's Motion for Disc. Re Immunity Agreement DENIED...Defts. Wood's Motion Re Eyewitness Identification Evidence...DENIED...Deft. Wood's Motion to Adopt Co-Defts. Motions ... Unopposed and GRANTED...Deft. Greer's Motion to Suppress Illegally Seized Evidence; the Court RESERVES ruling at this time based on the Govts. reprsentation that it does not intend to introduce the disputed evidence in its case-in-chief.   dkt'd 1/16/90        HBS/dh   copies to counsel
MEMORANDUM OPINION AND ORDER...Deft. Wood's Motion to Suppress Fruits of Illegal Search and Seizure is, in all things, DENIED.   dkt'd 1/16/90       HBS/dh

MEMORANDUM OPINION AND ORDER ... Deft. Wood's Motion to Dismiss Indictment or To Suppress Statements of Deft., filed 12/15/89 is DENIED.      dkt'd 1/16/90      HBS/dh   copies to counsel | |
| Feb 2 | MOTION FOR LEAVE TO FILE ADDITIONAL PRETRIAL MOTIONS (deft) (pretrial mtns not attached)                    ns

DEFENDANT JON LANCE JORDAN'S SECOND MOTION FOR DISCOVERY OF EXCULPATORY EVIDENCE AND MEMORANDUM IN SUPPORT THEREOF                                            ns | |
| Feb 6 | ORDER that Defts. Motion for Leave to File Additoinal pretrial Motions is GRANTED & such motions are to be filed by 2/12/90.                        HBS/dh   copies to counsel | |
| Feb 7 | APPLICATION FOR AUTH. OF FUNDS TO HIRE EXPERT & BRIEF   dh | |
| Feb 7 | ORDER that the Court will hold a pretrial conference at 1:30 PM, 2/15/90, in chambers.             HBS/dh   copies to counsel | |
| Feb 8 | ORDER the application of Deft. for funds to hire an expert witness to assist his cousnel in conducting his defense is GRANTED...the Court authorizes the payment of up to $1,000.00 to an expert in the field of ballistics for services to be rendered on behalf of this deft. copies to counsel                               HBS/dh | |

Interval (per Section II)   Start Date / End Date   Ltr. Code   Total Days

UNITED STATES DISTRICT COURT  
CRIMINAL DOCKET        JORDAN, JON LANCE           PAGE 8              CR3-89-293-H  02  
AO 256A

| DATE 1990 | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| Feb 9 | EX PARTE MOTION FOR PRODUCTION OF SUBPOENAED DOCUMENT(S)  (deft)                              ns | | | | |
| | EX PARTE MOTION FOR ISSUANCE OF WITNESS SUBPOENAS AND PRODUCTION OF SUBPOENAED DOCUMENTS (deft)  ns | | | | |
| | RESPONSE TO DEFENDANT JORDAN'S SECOND MOTION FOR DISCOVERY OF EXCULPATORY EVIDENCE (govt)       ns | | | | |
| Feb 12 | ORDER that the deadline for requested voir dire questions, prop. jury instructions, witness lists, exhibit lists with copies of exhibits, and motions in limine is extended to noon, 2/13/90.  copies to counsel       HBS/dh | | | | |
| | DEFENDANT'S JOINT REQUEST REGARDING VOIR DIRE EXAMINATION.                                      gs | | | | |
| | DEFENDANTS JOINT REQUESTED JURY INSTRUCTIONS.   gs | | | | |
| Feb 13 | DEFENDANT JORDAN'S SUPPLEMENTAL PROPOSED VOIR DIRE QUESTIONS.                                   gs | | | | |
| | DEFENDANT JORDAN'S EXHIBIT LIST.                gs | | | | |
| | DEFENDANT JON LANCE JORDAN'S WITNESS LIST.      gs | | | | |
| | UNITED STATES MOTION IN LIMINE IN SUPPORT OF INTRODUCTION OF REDACTED ADMISSIONS UNDER FEDERAL RULE OF EVIDENCE 801(d)(2)(A)                    gs | | | | |
| | UNITED STATES RESPONSE TO DEFENDANT JORDAN'S SUPPLEMENTAL LETTER REGARDING EXCULPATORY EVIDENCE. gs | | | | |
| | THE UNITED STATES MOTION IN LIMINE TO EXCLUDE CERTAIN CROSS-EXAMINATION CONCERNING DEFENDANT WOOD'S PRIOR TESTIMONY.                                     gs | | | | |
| | TRIAL BRIEF OF THE UNITED STATES.               gs | | | | |
| | GOVERNMENT'S PROPOSED JURY INSTRUCTIONS.        gs | | | | |
| | THE UNITED STATES IWNTESS LIST.                 gs | | | | |
| | GOVERNMENT'S PROPOSED VOIR DIRE.                gs | | | | |
| | THE UNITED STATES EXHIBIT LIST.                 gs | | | | |
| Feb 14 | ORDER that the ex parte motion for issuance of witness subpoenas & prod. of subpoena documents, filed 2/9/90 is GRANTED.  copy to AUSA, & counsel for this deft.  HBS/dh | | | | |
| | MOTION TO RELEASE CRIMINAL RECORDS OF GOVERNMENT WITNESSES                                      ns | | | | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

| UNITED STATES DISTRICT COURT<br>CRIMINAL DOCKET  U.S. vs | JORDAN, JON LANCE | PAGE 9 | 89 | 00293 | 02 |
|---|---|---|---|---|---|
| AO 256A | | | Yr. | Docket No. | Def. |

| DATE<br>1990 | PROCEEDINGS (continued)<br>(Document No.) | V. EXCLUDABLE DELAY |
|---|---|---|
| | | (a) \| (b) \| (c) \| (d) |

| DATE 1990 | PROCEEDINGS |
|---|---|
| Feb 15 | ORDER...It is **ORDERED** that U.S. is authorized to disclose criminal record of its witnesses, including juvenile criminal records, to all defense cnsl in this action. Other than disclosure to defense cnsl, criminal record of juvenile witnesses shall remain sealed.                                              HBS/ns<br>cys: judge, ausa, cnsl, pb, pt, usm, marie<br>(dktd 2-16-90) |
| Feb 15 | **MEMORANDUM OPINION & ORDER**- 2nd Mtn for Discovery of Exculpatory Evidence is **DENIED** (see order)    HBS/dh |
| Feb 16 | ORDER...Court, having held conf 2-15-90, makes following rulings: A. Deft Wood's Mtn for Reconsideration of Order Denying Mtn for Suppression Hrg--**DENIED** for reasons set forth at conf. B. Deft Greer's Mtn to Immunize & Appoint Cnsl for Defense Witness, Elizabeth Sherry--**DENIED**. C. Deft Jordan's First Mtn in Limine--**DENIED**. D. Deft Jordan's Second Mtn in Limine--**DENIED**. E. Deft Tarrant's Mtn in Limine--**GRANTED** to extent that cnsl for Govt shall approach Bench prior to introduction of the pictorial evidence discussed in Deft Tarrant's Mtn. F. Deft Greer's Threshold Mtn--**DENIED**. G. Govt's Mtn in Limine in Support of Introduction of Redacted Admissions Under Federal Rule of Evidence--**GRANTED**. H. Govt's Mtn in Limine to Exclude Certain Cross-Examination Concerning Deft Wood's Prior Testimony--**DENIED**. See Order for further specifics. Defts shall notify Govt of all stipulations agreed to w/respect to witnesses, exhbs, & the like by **Noon, 2-19-90**. Court requests these stipulations be submitted to Court as soon as possible thereafter.                                              HBS/ns<br>cys: judge, ausa, cnsl, pb, pt, usm, marie<br>(dktd 2-16-90) |
| Feb 20 | DEFT. JON LANCE JORDANS SUPPLEMENTAL WITNESS LSIT    dh |
| | STIPULATION NUMBER 1.                                  dh |
| | MIN ENTRY...1st day of jury trial...jury sworn and seated...witnesses sworn & exhibits admitted...cont. to 2/21/90, 9 AM.                          HBS/dh |
| | JURY ROLL with LISTS.                                  dh |
| Feb 21 | STIPULATION NUMBER 2.                                  dh |
| Feb 21 | MIN ENTRY...Sencond day Jury Trial...cont. to 2/22/90, 9:30 AM.                                    HBS/dh |
| Feb 22 | MOTION AND ORDER UNDER SEAL           HBS/dh<br>Unsealed 2/27/90-Re expenses of witnesses for defense. |
| Feb 22 | MIN ENTRY...3rd day trial to jury...cont. to 9 AM, 2/23/90.                                        HBS/dh |